UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**SHIRELL WATKINS**
        **Petitioner,**

  v.                              **Case No. 02-C-0574**

**DANIEL BERTRAND**
        **Respondent.**

---

## ORDER

On May 12, 2005, I granted petitioner permission to file an amended petition and ordered respondent to answer the petition within thirty days after it was filed. Petitioner filed the amended petition on June 8, 2005; however, he has not filed a certificate of service or any other document indicating that he served the petition on respondent in accordance with Fed. R. Civ. P. 5. I will provide petitioner with ten days from the date of this order to serve a copy of the amended petition on respondent and provide proof of such service to the court. Respondent will then have thirty days to answer the petition, and the remaining deadlines will be controlled by my May 12, 2005 order. If petitioner does not serve the amended petition on respondent and provide proof of such service within ten days, this case will be dismissed for lack of prosecution pursuant to Civil L.R. 41.3 (E.D. Wis.).

      **SO ORDERED** at Milwaukee, Wisconsin, this 24 day of August, 2005.


/s_____
LYNN ADELMAN
District Judge